

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00448-CV

Richard Charles **SCHLOTTMANN**, Sheryl Arlene Sanders and Lisa Maria Spencer,
Appellants

v.

Michael Anthony **VACEK**, Individually and as Independent Executor of the Estate of
Bernadette Schlottmann, Deceased; Kelly Joseph Vacek; and Russell Eric Vacek,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15984A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
this appeal are taxed against the party that incurred them.

SIGNED October 5, 2016.

_____
Patricia O. Alvarez, Justice